### GENERAL ELECTRIC CO. v. SAVE ELECTRIC CORPORATION.

(District Court, E. D. New York. February 2, 1923.)

#### No. 1065.

In Equity. Suit by the General Electric Company against the Save Electric Corporation. On Motion for a preliminary injunction. Motion granted.

MAYER, Circuit Judge. I see nothing upon this motion to call for a result different from that in the Mallory Case (D. C.) 286 Fed. 175. Attention may, however, be called to the appendix in plaintiff's reply brief. I am in accord, as applying to this case and the Mallory Case, with the arguments there set forth.

Motion granted. Settle order on three days' notice.